IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-481-MR-DCK

| | |
|---|---|
| CYNTHIA WALTON, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| PERSON-CENTERED PARTNERSHIP, INC., | ) |
| Defendant. | ) |

THIS MATTER is before the Court on the Defendant's "Application For Admission To Practice *Pro Hac Vice*" pursuant to Local Rule 83(B) of the Rules of the United States District Court for the Western District of North Carolina.

It appears that the person for whom leave to appear is sought, James Russell Greene, III, of the law firm of James R. Greene, III & Associates, is a member in good standing of the Bar of the State of Ohio, Southern and Northern Districts, and is admitted to practice in other Courts: the District of Columbia.

It further appears that Mr. Greene has associated Robert S. Phifer of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. as local counsel.

IT IS THEREFORE ORDERED that James Russell Greene, III be permitted to appear *pro hac vice* in the above-captioned action pending in this Court as counsel for Defendant.

Signed: January 28, 2009

David C. Keesler
United States Magistrate Judge