# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv481

| | |
|---|---|
| **CYNTHIA WALTON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | <u>**O R D E R**</u> |
| ) | |
| **PERSON-CENTERED** ) | |
| **PARTNERSHIPS, INC.,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on a handwritten document [Doc. 14], filed by the Plaintiff Cynthia Walton with the Clerk of Court on February 13, 2009.

The Court construes this document as a motion for an extension of time within which to complete the initial attorneys' conference. That request will be granted.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion for an extension of time [Doc. 14] is hereby **GRANTED** and on or before five business days from entry of this Order, the parties shall comply with the

Notice previously provided to them by the Clerk of Court on January 29, 2009 to conduct an Initial Attorneys' Conference and to file a Certificate thereof.

**IT IS FURTHER ORDERED** that the *pro se* Plaintiff and counsel for the Defendant shall cooperate with one another in order to conduct the Initial Attorneys Conference and file the Certificate thereof.

Martin Reidinger
United States District Judge

Signed: February 18, 2009